**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jessie Adam,                                            Case No. 3:19CV429

        Plaintiff

        v.                                          **JUDGMENT ENTRY**

Airway Manufacturing Company,

        Defendant

      In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT judgment in the amount of $280,000 be, and the same hereby is, entered in favor of plaintiff Jessie Adam and against defendant Airway Manufacturing Company.

      So ordered.

                                                                  /s/ James G. Carr
                                                                Sr. U.S. District Judge